UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

B. ELISE MILLER,

    Defendant.

Case No. 2:12-CR-00087 (1)
JUDGE EDMUND A. SARGUS, JR.

## ORDER

As discussed at the February 22, 2013 conference, the trial date in this case is rescheduled for **Monday, April 1, 2013**. The Court fill hold a final pretrial conference on **Thursday, March 21, 2013 at 10:00 a.m.**

    IT IS SO ORDERED.

2-11-103
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE